# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD41 | E1850628 | Fitzgerald | 2068 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 11/17/2023 1203 | 21 USC 844 |

Place of Offense
UCPZ @ Connector

Offense Description: Factual Basis for Charge     HAZMAT ☐
Simple possession of narcotics

### DEFENDANT INFORMATION

Last Name: Hughes     Rickey     R Jr.

Street Address: ████████████████

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 647633 | VA | 23 | Honda/Odyssey | | Gray |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT →
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____     Date: _____     Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*E1850628*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons).

I state that on November 17, 20 23 while exercising my duties as a law enforcement officer in the Northern District of FGGM

See CC# W2023332100I

The foregoing statement is based upon:

☑ my personal observation     ☑ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/17/2023     Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident